O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA THORSTENSEN, | CASE NO. ED CV 09-01307 AG (RZ) |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The Court, having accepted the Report,

IT IS HEREBY ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: April 30, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE